## STATE v. HARRIS

No. 101.

Case below: 27 N.C. App. 15.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 November 1975.

## STATE v. LITTLE

No. 78 PC.

Case below: 27 N.C. App. 54.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 November 1975.

## STATE v. NEELY

No. 60 PC.

Case below: 26 N.C. App. 707.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 November 1975. Appeal dismissed ex mero motu for lack of substantial constitutional question 5 November 1975.

## STATE v. STRICKLAND

No. 105.

Case below: 27 N.C. App. 40.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 November 1975.

## STATE v. TEACHEY

No. 68 PC.

Case below: 26 N.C. App. 338.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 November 1975. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 November 1975.